[No. 70236-0-I. Division One. November 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT A. MERINO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-10768-6, Bill Bowman, J., entered April 19, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer and Leach, JJ.

[No. 70642-0-I. Division One. November 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MILES DAVIS MORRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-1-01367-8, Charles R. Snyder, J., entered July 9, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Leach, JJ.

[No. 70666-7-I. Division One. November 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KIEL NOEL DENT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04361-9, John P. Erlick, J., entered July 19, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 70743-4-I. Division One. November 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO RIOS-THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-09560-9, Mary Yu, J., entered August 9, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Trickey, JJ.